FILED

2010 MAR 12 AM 9:40

CLERK DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF
v.
Hayrapet Avetisyan
DEFENDANT(S).

CASE NUMBER: 10-0500M

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 3/11/2010 @ 8:00  ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☐  No ☒
3. Charges under which defendant has been booked: 18 U.S.C. 1029 (b)(2), (a)(1); 2
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☒ Unknown
6. Interpreter Required: ☐ No   ☒ Yes: Armenian (Language)
7. Year of Birth: 1965
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel?  ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: Calvin Thomas   Time: 3:30   AM / ☒ PM
14. Remarks (if any): _____

15. Date: 3/11/2010
16. Name: Daryl Diamond (Please Print)
17. Agency: US Secret Service
18. Signature: [signature]
19. Office Phone Number: 213-533-4597

CR-64 (06/09)        REPORT COMMENCING CRIMINAL ACTION