# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><div align=right>Plaintiff,</div><br><div align=center>vs.</div><br><br>Hayrapet Avetisyan<br><br><div align=right>Defendant.</div> | Western Division<br><br>Case Number: 2:10-MJ-00500-4          Complaint & Warrant<br>Initial App. Date: 03/12/2010          Initial App. Time: 2:00 PM<br><br><br>Date Filed: 03/12/2010<br>Violation: 18:1029(b)(2), (a)(1):2<br>CourtSmart: _C-S  3 /16/2010_ |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES**<br>**MAGISTRATE JUDGE: Patrick J. Walsh** | **CALENDAR/PROCEEDINGS SHEET**<br>**LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**

| Anglon-Reed, Celia | | Armenian |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

[ ] INITIAL APPEARANCE NOT HELD - CONTINUED

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and [✓] preliminary hearing OR [ ] removal hearing / Rule 20.

[✓] Defendant states true name [✓] is as charged [ ] is _____

[✓] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.

[✓] Attorney: Mark S. Windsor, Panel [✓] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  [ ] Special appearance by: _____.

[✓] Government's request for detention is: [ ] GRANTED [ ] DENIED [✓] WITHDRAWN [ ] CONTINUED

[ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).

[✓] BAIL FIXED AT $ _75,000 Unsecured_ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED

[ ] Preliminary Hearing waived.

[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties

[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

[ ] **PO/PSA WARRANT** [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

[✓] Preliminary Hearing set for _4-2-2010_ at 4:30 PM _Duty_

[✓] PIA set for: _4-5-2010_ at 8:30 AM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana

[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED

[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED

[ ] Defendant executed Waiver of Rights. [ ] Process received.

[ ] Court ORDERS defendant Held to Answer to _____ District of _____

  [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____

  [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____

  [ ] Warrant of removal and final commitment are ordered stayed until _____

[ ] Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____

[✓] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.

[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

[ ] RELEASE ORDER NO: _____

[ ] Other: _____

[✓] PSA          [✓] FINANCIAL          [✓] READY
Deputy Clerk Initials ___Ca___
_____ : _o/0_

| | | |
|---|---|---|
| M-5 (12/09) | CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE | Page 1 of 1 |