# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CASE SUMMARY

Case Number **CR10-00299**  Defendant Number **4**
U.S.A. v. **HAYRAPET AVETISYAN**  Year of Birth **1965**
☑ Indictment  ☐ Information  Investigative agency (FBI, DEA, etc.) **USSS**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"**

**FILED 2010 MAR 25 PM 12:14  CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES**

### OFFENSE/VENUE
a. Offense charged as a:
 ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
 ☐ Petty Offense  ☐ Class B Misdemeanor
b. Date of offense **up to MAR. 2010**
c. County in which first offense occurred
 **LOS ANGELES**
d. The crimes charged are alleged to have been committed in:
 CHECK ALL THAT APPLY
 ☑ Los Angeles  ☐ Ventura
 ☐ Orange  ☐ Santa Barbara
 ☐ Riverside  ☐ San Luis Obispo
 ☐ San Bernardino  ☐ Other _____
Citation of offense **18 U.S.C. §§ 371, 1029, 2; 42 U.S.C. § 5124**

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes
 IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases ~~may be related if a previously filed indictment or information~~ and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: **March 10, 2010**
 Case Number **10-0500M**
 Charging **18 U.S.C. § 1029**

The complaint:  ☑ is still pending
 ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
 ☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 ☐ Yes*  ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information
IS THIS A NEW DEFENDANT?  ☐ Yes  ☑ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____

The superseded case:
 ☐ is still pending before Judge/Magistrate Judge

 ☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
 ☐ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 ☐ Yes*  ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
 ☐ Yes  ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☑ Yes  ☐ No
IF YES, list language and/or dialect:
**Armenian**

---

CR-72 (10/08)  CASE SUMMARY  Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

---

**OTHER**
- ☑ Male
- ☐ Female
- ☐ U.S. Citizen
- ☑ Alien
- Alias Name(s) _____

This defendant is charged in:  ☐ All counts
☑ Only counts: 1, 10-11, 19

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:
- ☑ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☑ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: MAR. 11, 2010
b. Posted bond at complaint level on: MAR. 12, 2010 in the amount of $ 75,000
c. PSA supervision?  ☑ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☑ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☐ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

~~Date transferred to federal custody:~~ _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 3/24/10

Signature of Assistant U.S. Attorney

Dorothy C. Kim
*Print Name*