ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DOROTHY C. KIM (SBN 206333)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3779
    Facsimile:  (213) 894-6269
    E-mail:  dorothy.kim@usdoj.gov

Attorney for Plaintiff
United States of America

NOTE CHANGES MADE BY THE COURT.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>SAAK AVAKYANTS,<br>VAHE MANUKYAN,<br>HOVSEP HOVSEPYAN,<br>HAYRAPET AVETISYAN, and<br>SERGEY MKRTYCHYAN,<br><br>          Defendants. | No. CR 10-299-MMM<br><br>[PROPOSED] ORDER RE:<br>CONTINUANCE OF TRIAL AND<br>EXCLUDABLE TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>Old Trial Date: May 25, 2010<br>New Trial Date: Sept. 7, 2010<br>Time: 8:30 a.m. |

Having heard from plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Dorothy C. Kim, and defendants Saak Avakyants, Vahe Manukyan, Hovsep Hovsepyan, Hayrapet Avetisyan, and Sergey Mkrtychyan, by and through their counsel of record, Deputy Federal Public Defender Carlton F. Gunn, Alex R. Kessel, Akop Baltayan, Mark S. Windsor, and Richard P. Lasting, respectively,

and good cause appearing, the Court hereby FINDS AS FOLLOWS:

1.   Defendants Avakyants, Manukyan, and Avetisyan first appeared before a judicial officer of the court in which the charges in this case were pending on March 12, 2010.  Defendant Hovsepyan first appeared before a judicial officer in the court in which these charges were pending on March 16, 2010.  The Indictment in this case was filed against all defendants on March 25, 2010.  On March 29, 2010, defendant Mkrtychyan first appeared before a judicial officer in the court in which the charges were pending.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence: (a) on or before June 3, 2010, for defendants Avakyants, Manukyan, Hovsepyan, and Avetisyan; and (b) on or before June 7, 2010, for defendant Mkrtychyan.  Trial was originally scheduled to commence on May 25, 2010, at 8:30 a.m.

2.   Defendant Hovsepyan is detained pending trial. Defendant Avakyants has been unable to satisfy bond and remains detained.  The remaining defendants have been released on bond. The parties estimate that the trial in this matter will last approximately six days.

3.   This Court held trial setting conferences in this matter for various defendants on March 29, 2010, April 5, 2010, and April 12, 2010.  At those conferences, the Court set the trial date for May 25, 2010.  During these conferences, various defendants, through counsel, indicated that they would be seeking a continuance of the trial date.  This is the first request for a

1  continuance.

2       4.    Counsel for defendants need additional time to confer

3  with defendants, conduct and complete an independent

4  investigation of the case, conduct and complete additional legal

5  research including for potential pre-trial motions, review the

6  discovery and potential evidence in the case, and prepare for

7  trial in the event that a pretrial resolution does not occur.  A

8  failure to grant the requested continuance would deny counsel

9  reasonable time necessary for effective preparation, taking into

10 account the exercise of due diligence.

11      5.    Defendants believe that failure to grant the above-

12 requested continuance would deny them continuity of counsel and

13 adequate representation.

14      6.    The government does not object to the continuance.

15      7.    The requested continuance is not based on lack of

16 diligent preparation on the part of the attorneys for the

17 government or the defense, or failure on the part of the attorney

18 for the government to obtain available witnesses.

19      8.    Each defense counsel has represented that he has

20 discussed the requested continuance with his client and has

21 explained the rights conferred on defendants by the Speedy Trial

22 Act.  Each of the defendants has told his respective counsel that

23 he understands his rights and agrees to waive them.  Defendants

24 further agree that a continuance is necessary for their effective

25 presentation in this case.

26

27

28                                     3

1  THEREFORE, FOR GOOD CAUSE SHOWN:

2      1.   The trial in this matter is continued from May 24,

3  2010, to September 7, 2010, at 8:30 a.m.  The status conference

4  and motions hearing date is continued from May 10, 2010, to

5  August **23**, 2010, at 1:15 p.m.  The Court further sets the

6  following briefing schedule:

7          a.   Pretrial motions shall be filed on or before July

8  19, 2010;

9          b.   Opposition shall be filed on or before August 2,

10  2010; and

11          c.   Replies, if any, shall be filed on or before

12  August 9, 2010.

13          d.   The discovery cut-off date shall be August 2,

14  2010.

15      2.   The time period of the signing of this Order, to

16  September 7, 2010, inclusive, is excluded in computing the time

17  within which the trial must commence, pursuant to 18 U.S.C.

18  §§ 3161(h)(8)(A) and (B)(iv).

19      3.   Nothing in this Order shall preclude a finding that

20  other provisions of the Speedy Trial Act dictate that additional

21  time periods are excluded from the period within which trial must

22  commence.  Moreover, the same provisions and/or other provisions

23  of the Speedy Trial Act may in the future authorize the exclusion

24  //

25  //

26

27

28                                    4

1 | of additional time periods from the period within which trial
2 | must commence.
3 |        IT IS SO ORDERED.
4 |
5 |    _5.25.10_
6 | DATE                          THE HONORABLE MARGARET M. MORROW
7 |                               UNITED STATES DISTRICT JUDGE
8 |
9 |
10 | Presented by:
11 |
12 |    _/s/_
     DOROTHY C. KIM
13 | Assistant United States Attorney