UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 10-00299–MMM | Date | August 10, 2010 |
|---|---|---|---|

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A | Jay Howard Robinson - Not present |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4. Hayrapet Avetisyan | NOT | | ✔ | 4. Mark Windsor | NOT | | ✔ |

**Proceedings:**    **Order Setting Briefing on Defendant's Motion to Dismiss[88]**

On August 9, 2010, defendant Hayrapet Avetisyan filed a motion to dismiss Counts One and Nineteen of the indictment.[1]  The court will hold a hearing on defendant's motion to dismiss on **Monday, August 30, 2010, at 1:15 p.m.**, before Judge Margaret M. Morrow in Courtroom 790, Roybal Federal Building, 255 East Temple Street, Los Angeles.

The court sets the following briefing schedule on the motion to dismiss:  The Government shall file its opposition brief on or before **August 16, 2010.**  Defendant may file a reply brief on or before **August 18, 2010.**  Conformed courtesy copies of all pleadings must be delivered directly to chambers in the Roybal Building on the day of filing.

---

[1]The court notes that defense counsel violated the court's scheduling order by filing this motion after the July 19, 2010, motion hearing cut-off date.  However, the court elects to hear the motion so as not to prejudice the defendant's substantive rights.