# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 10-00299-MMM |
| Date | August 27, 2010 |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |
| Interpreter: | N/A |

| ROEL REYES FOR ANEL HUERTA | N/A | JAY H. ROBINSON (NP) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4. Hayrapet Avetisyan | Not | | ✔ | Mark S. Windsor, CJA | Not | | ✔ |

**Proceedings:**   NOTICE THAT COURT HAS RECEIVED SUBPOENAED ITEMS

On August 26, 2010, the court received the following subpoenaed items:

Documents from Santa Monica City Clerk's Office

Under F.R.Crim.P. Rule 17c, absent a protective order, either party may inspect subpoenaed items before commencement of the trial or other contested proceeding upon request of the courtroom deputy clerk, Anel Huerta (213 894-7857).

Unless otherwise ordered, subpoenaed items shall be returned to the attorney or party who requested issuance of the subpoena at the conclusion of the trial, contested proceeding, or upon any pretrial disposition of the case.